UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>       Plaintiff,<br><br> v.<br><br>MI K. YOON;<br>KWAN J. YOON,<br><br>       Defendants. | Case No.: 2:21-cv-01529-JAM-DB<br><br>**ORDER** |

# **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated:  December 28, 2021　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE